834

No. 728. UNITED STATES EX REL. EMPIRE & SOUTHEAST-
ERN RY. CO. v. INTERSTATE COMMERCE COMMISSION.
April 13, 1931. Petition for writ of certiorari to the Court
of Appeals of the District of Columbia denied. *Messrs.*
*Paysoff Tinkoff* and *John E. Bennett* for petitioner.
*Messrs. Daniel W. Knowlton* and *Nelson W. Thomas* for
respondent.

No. 737. MISSOURI-KANSAS-TEXAS R. CO. v. HIGHFILL.
April 13, 1931. Petition for writ of certiorari to the Su-
preme Court of Oklahoma denied. *Messrs. Joseph M.*
*Bryson, Charles S. Burg,* and *Maurice D. Green* for peti-
tioner. *Mr. S. P. Jones* for respondent.

No. 747. SIMONS BRICK CO. v. BURNET, COMMIS-
SIONER OF INTERNAL REVENUE. April 13, 1931. Petition
for writ of certiorari to the Circuit Court of Appeals for
the Ninth Circuit denied. *Mr. John H. Brennan* for pe-
titioner. *Solicitor General Thacher, Assistant Attorney*
*General Youngquist,* and *Messrs. Claude R. Branch, Sew-*
*all Key, John G. Remey,* and *W. Marvin Smith* for re-
spondent.

No. 755. CRIDER BROTHERS COMMISSION CO. v. BURNET,
COMMISSIONER OF INTERNAL REVENUE. April 13, 1931.
Petition for writ of certiorari to the Circuit Court of Ap-
peals for the Eighth Circuit denied. *Messrs. Levi Cooke,*
*J. Walter Farrar,* and *George R. Beneman* for petitioner.
*Solicitor General Thacher, Assistant Attorney General*
*Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,*
*William Cutler Thompson,* and *William H. Riley, Jr.,* for
respondent.